UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – GENERAL

Case No. 7:20-CR-08-REW        At:: London        Date: July 8, 2021

USA vs. Jason North        X present    X custody    bond    OR    Age

PRESENT: HON. ROBERT E. WIER, U.S. DISTRICT JUDGE

| Michelle Sliter | Kimberley Keene | R. Nicholas Rabold | James Nick Sloan |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney | US Probation Officer |

Counsel for Deft  Patrick E. O'Neill        X present        retained        X appointed

PROCEEDINGS: ALLOCUTION HEARING

The parties appeared as noted for Allocution and Sentencing. The Court thoroughly reviewed the record, noting the objection filed June 30, 2021 (DE 26) to Judge Atkins's Recommended Disposition filed June 24, 2021 (DE 25).

The Court heard statements and arguments of counsel. The Defendant requested the Court to impose a sentence of eight to ten months of imprisonment with no term of supervised release to follow, and the Defendant allocuted. The United States made an oral motion for an upward variance for the reasons as fully detailed on the record. At the conclusion of the announced sentence, the Clerk advised North of his appellate rights.

Accordingly, the Court **ORDERS** as follows:

1. The Court **ADOPTS** the Magistrate Judge's Recommended Disposition (DE 25) **in part**. The Court **REVOKES** Defendant's previously-imposed term of supervised release. A Judgment in conformity with the Court's ruling shall be forthcoming.

2. The Court remands Defendant to USMS custody pending designation by the Bureau of Prisons regarding service of his sentence.

This 8th of the July, 2021.

Initials of Deputy Clerk    mrs
TIC/35

Signed By:
*Robert E. Wier*  REW
**United States District Judge**

1 | Page